IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KARI ANN PETERS,**

    **Petitioner,**

**v.**                                            **Case No. 4:25-cv-270-AW-MAL**

**ERIKA STRONG, WARDEN,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's report and recommendation. ECF No. 5. No objections have been filed. I have determined the report and recommendation should be approved, and I now adopt it and incorporate it into this order. The clerk will enter a judgment that says, "The § 2241 petition is dismissed without prejudice." The clerk will then close the file.

SO ORDERED on August 4, 2025.

                                                          s/ *Allen Winsor*
                                                          Chief United States District Judge